# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:18-mj-745 |
| Plaintiff, | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| MORRIS DINGMAN, | : | |
| Defendant. | : | |

## REMOVAL AND COMMITMENT ORDER

This case came to be heard pursuant to Fed. R. Crim. P. 5(c)(3). Defendant herein was arrested in this District on a warrant issued upon a Supervised Release Violation Petition in the United States District Court, Northern District of New York, in Case No. 1:10-cr-00042-GLS. Defendant appeared in open Court on November 14, 2018, and after being advised of his rights, waived his right to an identity hearing and preliminary hearing, and reserved his right to hold a preliminary hearing in the charging district. Defendant requested to return to New York as soon as possible.

**IT IS ORDERED THAT THE DEFENDANT BE REMOVED TO THE** United States District Court for the Northern District of New York, where the Supervised Release Violation Petition is pending against him, for any other proceedings, as ordered by that court.

**TO THE UNITED STATES MARSHAL:**

You are hereby commanded to take custody of the above-named Defendant and to transport that Defendant with a copy of this commitment forthwith to the district of offense as specified above and there deliver the Defendant to the Unites States Marshal for that District or to some other officer authorized to receive the Defendant, all proceedings required by Fed. R. Crim. P. 5 having been completed.

December 4, 2018                                      *s/Sharon L. Ovington*
                                                                                               Sharon L. Ovington
                                                                                               United States Magistrate Judge